**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-21144
Summary Calendar

_____

CHRISTOPHER RICHARDS,

Plaintiff-Appellant,

VERSUS

SEARIVER MARITIME FINANCIAL HOLDINGS, INC., formerly known as
EXXON SHIPPING COMPANY, and SEARIVER MARITIME, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-3909)
_____

June 30, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record in this case, we affirm for the reasons assigned by the district court in its Order of November 12, 1998.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.